IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA BLAND.,**<br><br>               Plaintiff,<br><br>        v.<br><br>**M. PIERSON, et al.,**<br><br>               Defendants. | Case No. 2:20-cv-01165-KJM-DMC (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF EARLY ALTERNATIVE DISPUTE RESOLUTION** |

   Good cause appearing, IT IS HEREBY ORDERED that:

   Defendants' request, ECF No. 24, to opt out of this Court's Alternative Dispute Resolution Project is GRANTED.  The stay imposed on December 1, 2021, is lifted and this action is released from the Court's Alternative Dispute Resolution Project.  The Court will issue an initial schedule for this litigation by separate order.


Dated:  January 5, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1