IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JOSHUA D. BLAND,**

                    Plaintiff,

v.

**M. PIERSON, et al.,**

                    Defendants.

Case No. 2:20-cv-01165-DAD-DMC (PC)

**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 47]**

Good cause appearing therefor based on counsel's declaration indicating the need for additional time due to deadlines in other matters, Defendants' Request for an Extension of Time to File an Opposition to Plaintiff's Motion for Summary Judgment is GRANTED. The opposition shall be filed and served on or before September 27, 2022.

**IT IS SO ORDERED.**

Dated: September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1