IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA D. BLAND**<br><br>Plaintiff,<br><br>v.<br><br>**M. PIERSON, et al.,**<br><br>Defendants. | Case No. 2:20-cv-01165-DAD-DMC (PC)<br><br>**ORDER GRANTING DEFENDANTS'<br>MOTION FOR EXTENSION OF TIME** |

Defendants Captain M. Brown and Office Assistant M. Pierson (collectively, the Prison Officials) moved to extend the November 16, 2022 deadline to file their reply to Plaintiff Joshua D. Bland's opposition to their summary judgment motion by 21 days. Having read and considered the Prison Officials' motion to modify and the declaration of defense counsel supporting the motion, and for good cause appearing, the Prison Officials' motion is **GRANTED**. The Prison Officials may file their reply on or before December 7, 2022.

**IT IS SO ORDERED**.

Dated: November 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE