1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JOSHUA DAVIS BLAND,                    No.  2:20-CV-1165-DAD-DMC-P

12                    Plaintiff,

13           v.                               <u>ORDER</u>

14    PIERSON, et al.,

15                    Defendants.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court are Defendants' motions, ECF Nos. 36, 80, and 82,

19    to strike various filings as unauthorized sur-replies to Defendants' motions to revoke Plaintiff's in

20    forma pauperis status and for summary judgment.  Given Plaintiff's pro se status, and in the

21    interest of justice, the Court is willing to consider Plaintiff's filings.  Defendants' underlying

22    motions will be addressed by separate findings and recommendations.

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

                                               1

1    Accordingly, IT IS HEREBY ORDERED that Defendants' motions to strike, ECF

2  Nos. 36, 80, and 82, are denied.  The Clerk of the Court is directed to terminate ECF Nos. 36, 80

3  and 82 as pending motions.

4

5  Dated:  June 12, 2023

6  _____
   DENNIS M. COTA
7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28