IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>  Plaintiff,<br><br>  v.<br><br>PIERSON, et al.,<br><br>  Defendants. | No. 2:20-CV-1165-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's filing at ECF No. 79 supplementing Plaintiff's opposition to Defendants' motion for summary judgment. The filing has been docketed as a motion with respect to Plaintiff's request contained therein for an order directing the Clerk of the Court to issue a subpoena for production of records by a non-party. A review of the docket reflects that discovery in this matter closed on July 25, 2022. See ECF No. 27. Plaintiff current request, filed on February 2, 2023, is denied as untimely. The Clerk of the Court is directed to terminate ECF NO. 79 as a pending motion.

  IT IS SO ORDERED.

Dated: June 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1